## STATE OF CONNECTICUT *v.* CLERMONT DOUGLAS
## (AC 19916)

Mihalakos, Flynn and Daly, Js.

Argued May 1—officially released May 22, 2001

Per Curiam. The judgment is affirmed.

## MARC R. PAGE *v.* COMMISSIONER OF CORRECTION
## (AC 20770)

Lavery, C. J., and Foti and Hennessy, Js.

Submitted on briefs April 26—officially released May 22, 2001

Per Curiam. The judgment is affirmed.

## PETER GONDA *v.* COMMISSIONER OF CORRECTION
## (AC 21215)

Lavery, C. J., and Foti and Hennessy, Js.

Submitted on briefs April 26—officially released May 22, 2001

Per Curiam. The judgment is affirmed.